**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

April 22, 2025

**LETTER ORDER**

Re: **Pampanin v. Coinbase, Inc.**
     **Civil Action No. 25-1715 (KSH)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, this matter is herewith **ADMINISTRATIVELY TERMINATED**, as the parties have agreed to arbitration before the American Arbitration Association ("AAA").

    **IT IS SO ORDERED.**

                                                   s/ James B. Clark, III
                                                **JAMES B. CLARK, III**
                                                **United States Magistrate Judge**